■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANDOLPH ROSSI, Appellant, v GEORGE BARTLETT, as Superintendent of Elmira Correctional Facility, Respondent. [597 NYS2d 603] —Appeal from a judgment of the Supreme Court (Monserrate, J.), entered August 7, 1992 in Chemung County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

We find that Supreme Court properly denied petitioner's application for a writ of habeas corpus. Petitioner's allegations concerning his indictment could have been raised on direct appeal or by way of a CPL article 440 motion *(see, People ex rel. Woodard v Berry,* 143 AD2d 457, 458, *lv denied* 73 NY2d 705; *People ex rel. Davis v Coombe,* 97 AD2d 667). Further, the facts alleged by petitioner do not merit a departure from traditional orderly procedure *(see, People ex rel. Grady v LeFevre,* 152 AD2d 850, *lv denied* 75 NY2d 702).

Mikoll, J. P., Yesawich Jr., Levine, Mercure and Crew III, JJ., concur. Ordered that the judgment is affirmed, without costs.